UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVNINDER MANN and RASHVINDER SRA, dba A-1 LIQUOR,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF AGRICULTURE;<br><br>Defendants. | No.  1:19-cv-01354-NONE-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANT UNITED STATES DEPARTMENT OF AGRICULTURE<br><br>(Doc. 15) |

On October 6, 2020, the parties filed a Stipulated Dismissal of Defendant United States Department of Agriculture, on grounds that Defendant United States of America is the only proper defendant in the action, which is brought under 7 U.S.C. §2023.  (*See* Doc. 15.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or all of [their] claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates

the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

The parties filed their stipulation of voluntary dismissal before Defendant United States Department of Agriculture served either an answer or a motion for summary judgment. As such, Plaintiffs have voluntarily dismissed Defendant United States Department of Agriculture and this case has automatically terminated as to that defendant. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of Court is directed to TERMINATE United States Department of Agriculture.

This case shall remain OPEN pending resolution of Plaintiffs' case against the remaining defendant.

IT IS SO ORDERED.

Dated:   **October 9, 2020**          /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

2