UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVNINDER MANN, ET. AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA.<br><br>Defendant. | No. 1:19-cv-01354 NONE SKO<br><br>NEW CASE NUMBER:<br><br>**No. 1:19-cv-01354  SKO**<br><br>**ORDER REASSIGNING CASE** |

All parties having executed consent forms, it is ordered that this matter be reassigned from the Unassigned District Judge docket to the docket of United States Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:19-cv-01354 SKO**

IT IS SO ORDERED.

Dated:  **October 14, 2020**

_____
UNITED STATES DISTRICT JUDGE

1